# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131642

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HICKORY HOLLOW COOPERATIVE,
      Plaintiff-Appellee,

v

           SC: 131642
           COA: 267178
           Wayne CC: 03-339745-AV
           29th DC: 03-1666-LT

WANDA WARREN-WHITE,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

s1023

_____
           Clerk